IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

FILED
FEB 26 2009
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 09-CR-100 30 |
| | ) | |
| Plaintiff, | ) | Count 1: 18 U.S.C. § 2339B |
| | ) | Conspiracy to Provide Material Support and |
| v. | ) | Resources to a Foreign Terrorist |
| | ) | Organization (al-Qaeda) |
| ALI SALEH KAHLAH AL-MARRI, | ) | |
| | ) | Count 2: 18 U.S.C. § 2339B |
| Defendant. | ) | Providing Material Support and Resources |
| | ) | to a Foreign Terrorist Organization |
| | ) | (al-Qaeda) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### Conspiracy to Provide Material Support and Resources to a
### Foreign Terrorist Organization (al-Qaeda)

Beginning on an unknown date, but at least as early as July 2001, and continuing through on or about December 12, 2001, at Peoria, Illinois, in the Central District of Illinois, and elsewhere, the defendant,

ALI SALEH KAHLAH AL-MARRI,

knowingly conspired with others, unindicted herein, to provide material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, personnel, to a foreign terrorist organization, namely al-Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and has remained so designated through and including the present time.

All in violation of Title 18, United States Code, Section 2339B(a)(1).

# COUNT 2
## Providing Material Support and Resources to a Foreign Terrorist Organization (al-Qaeda)

From on or about September 10, 2001, and continuing through on or about December 12, 2001, at Peoria, Illinois, in the Central District of Illinois, and elsewhere, the defendant,

ALI SALEH KAHLAH AL-MARRI,

knowingly provided material support and resources, as that term is defined in Title 18, United States Code, Section 2339A(b)(1), namely, personnel, to a foreign terrorist organization, namely al-Qaeda, which was designated by the Secretary of State as a foreign terrorist organization on October 8, 1999, pursuant to Section 219 of the Immigration and Nationality Act, and has remained so designated through and including the present time.

All in violation of Title 18, United States Code, Section 2339B(a)(1).

A TRUE BILL
s/ Foreperson

FOREPERSON

s/ Assistant U.S. Attorney

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Officer

MICHAEL J. MULLANEY
CHIEF, COUNTERTERRORISM SECTION
NATIONAL SECURITY DIVISION
DEPARTMENT OF JUSTICE

DER