IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 09-CR-10030 |
| | ) | |
| ALI SALEH KAHLAH AL–MARRI, | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S *IN CAMERA, EX PARTE* MOTION FOR PROTECTIVE ORDER PURSUANT TO CIPA §4 AND FEDERAL RULE OF CRIMINAL PROCEDURE 16(d)(1)**