**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| )   | |
| Plaintiff,   ) | |
| vs.   ) | Case No. 09-CR-10030 |
| )   | |
| ALI SALEH KAHLAH AL-MARRI,   ) | |
| )   | |
| Defendant.   ) | |

**CLASSIFIED PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**