E-FILED
Friday, 28 August, 2009  01:53:34 PM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# AT PEORIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 09-CR-10030 |
| | ) |
| ALI SALEH KAHLAH AL-MARRI, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S SECOND *IN CAMERA, EX PARTE* MOTION
FOR PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE
CLASSIFIED INFORMATION PROCEDURES ACT AND
RULE 16(d)(1) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE**