**United States of America v. Ali Saleh Kahlah Al-Marri,**
**No. 09-CR-10030**

**INDEX TO DEFENDANT'S SENTENCING MEMORANDUM EXHIBITS**

| No. | Title/Description |
|---|---|
| 1. | Discovery provided on Sept. 11, 2009, page 3 (summary of DIA document) |
| 2. | Discovery provided on Sept. 11, 2009, page 4 (summary of DIA document) |
| 3. | Discovery provided on Sept. 11, 2009, page 5 (summary of DIA document) |
| 4. | Discovery provided on Sept. 11, 2009, page 4 (summary of DIA document) |
| 5. | *United States v. Hicks*, Appendix A to Offer for a Pretrial Agreement |
| 6. | Brig emails released through FOIA (June through September 2002) |
| 7. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000596) |
| 8. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000597) |
| 9. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000598) |
| 10. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000599) |
| 11. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000600) |
| 12. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000601) |
| 13. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000602) |
| 14. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000603) |
| 15. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000604) |
| 16. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000605) |
| 17. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000606) |
| 18. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000607) |

| No. | Title/Description |
|---|---|
| 19. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000608) |
| 20. | Discovery provided on Aug. 13, 2009 (summary of DIA document, Bates Stamped 000609) |
| 21. | Certification of Andrew J. Savage, III, filed in *al-Marri v. Gates*, No. 2:05-cv-2259-HFF-RSC (Mar. 10, 2008). |
| 22. | Jail Incident Report, Peoria County Sheriff's Dept. (June 7, 2003) |
| 23. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (May 10, 2005) |
| 24. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (Feb. 17, 2005) |
| 25. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (Jan. 30, 2005) |
| 26. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (Feb. 20, 2005) |
| 27. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (Mar. 6, 2005) |
| 28. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (Mar. 18, 2005) |
| 29. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (July 17, 2006) |
| 30. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (April 30, 2005) |
| 31. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (undated, between 5/16/05 & 5/25/05) |
| 32. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (July 13, 2005) |
| 33. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (June 16, 2005) |
| 34. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (July 9, 2006) |
| 35. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (July 10, 2006) |
| 36. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (Jan. 16, 2007) |
| 37. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (July 20, 2006) |
| 38. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (June 5, 2005) |
| 39. | Discovery provided July 22, 2009, Brig List of Privileges Denied to Mr. al-Marri (Bates Stamps 144-146). |
| 40. | Discovery provided on July 22, 2009, Bate Stamps 546-549; Emails exchanged between Commanding Officer of the Brig and other officials relating to November 16, 2005 DOD Policy regarding DOD Intelligence Interrogations, Detainee Debriefings, and Tactical Questioning. |
| 41. | Discovery provided on July 22, 2009, Bate Stamps 550-552; November 16, 2005 DOD Policy regarding DOD Intelligence Interrogations, Detainee Debriefings, and Tactical Questioning. |
| 42. | Consolidated Naval Brig Chronological Record of Medical Care (Sept. 4, 2004) |
| 43. | Consolidated Naval Brig Chronological Record of Medical Care (June 24, 2003) |
| 44. | Declaration of Vice Admiral Lowell E. Jacoby (USN) Director of the Defense Intelligence Agency, filed in *Padilla v. Bush*, No. 02 Civ. 4445 (S.D.N.Y Jan. 9, 2003) . |

| No. | Title/Description |
|---|---|
| 45. | Declaration of Stuart Grassian, M.D., filed in *al-Marri v. Gates*, C/A, 2:05-cv-2259-HFF-RSC. (D.S.C. Mar. 6, 2008). |
| 46. | Letter from Ali al-Marri to Andrew Savage, Esq. et al. (Mar. 14, 2005) |
| 47. | Letter from Ali Al Marri (undated received between May 25, 2005 and June 5, 2005) |
| 48. | Pass Down Logs, from U.S. Naval Brig at Charleston, South Carolina; August 4, 2004-October 6, 2004; June 23, 2003 to August 1, 2004; Visitation Log EC #2 |
| 49. | Declaration of David C. Martinez, Forensic Examiner (Oct. 20, 2009) |
| 50. | Jail Incident Report, Peoria County Sheriff's Dept. (June 4, 2003) |
| 51. | Jail Incident Report, Peoria County Sheriff's Dept. (June 5, 2003) |
| 52. | March 10, 2009 Prisoner Request Form from Ali al-Marri |
| 53. | *United States v. Hicks*, Member Instructions (Mar. 30, 2007) |
| 54. | General Log from U.S. Naval Brig at Charleston, South Carolina (June 22, 2003 through April 23, 2004) |
| 55. | Declaration of Stuart Grassian, M.D., (Oct. 18, 2009) |
| 56. | Letter from Mark Berman, Esq. (Oct. 13, 2009) |
| 57. | Consolidated Naval Brig Special Housing Unit Visitation Form (Jan. 11, 2006) |
| 58. | Declaration of Mr. Jeffrey N. Rapp, *Al-Marri ex rel. Berman v. Wright*, 443 F. Supp. 2d 774 (D.S.C. 2006) (No. 2:04-2257-HFF-RSC) |
| 59. | Transcript of Detention Hearing, *United States of America v. Ali Saleh Kahlah Al-Marri*, No. 2:09-CR-263 (RSC) (Mar. 18, 2009) |
| 60. | Letter from Andrew Savage, Esq. to Commander of Naval Brig (Jan. 12, 2007) |
| 61. | *United States v. Hicks*, Stipulation of Fact (Mar. 29, 2007) |
| 62. | Letter from al-Marri to Andrew Savage, Esq. et al. (June 17, 2005) |
| 63. | Letter from al-Marri to Andrew Savage, Esq. et al. (Jan. 17, 2006) |
| 64. | Letter from Mr. al-Marri to Andrew Savage, Esq. et al. (Mar. 3, 2006) |
| 65. | Letter from Commanding Officer to Mr. al-Marri (May 10, 2006) |
| 66. | Letter from Mr. al-Marri to Andrew Savage, Esq. et al. (July 2, 2006) |
| 67. | Report of Forensic Examiner, Bill Capps (Aug. 13, 2009) |
| 68. | Letter from Mr. al-Marri to Andrew Savage, Esq. et al. (Jan. 4, 2008) |
| 69. | Letter from Mr. al-Marri to Andrew Savage, Esq. et al. (Mar. 6, 2008) |
| 70. | Letter from Mr. al-Marri to Andrew Savage, Esq. et al. (April 13, 2008) |
| 71. | Letter from Mr. al-Marri to Andrew Savage, Esq. et al. (May 15, 2008) |
| 72. | Photographs of Mr. al-Marri's family (2008) |
| 73. | Transcribed Interview of Naji al-Marri by Andrew Savage (transcribed Mar. 17, 2009) |
| 74. | Transcribed Interview of Mohammed al-Marri by Andrew Savage (transcribed Mar. 17, 2009) |

| **No.** | **Title/Description** |
|---|---|
| **75.** | *United States v. Hamdan*, P-009, Defense Opposition to Prosecution's Motion for Reconsideration (Oct. 10, 2008). |
| **76.** | Camp Delta Standard Operating Procedures, Headquarters, Joint Task Force-Guantánamo § 4-20a (Mar. 28 2003) |
| **77.** | Letter from Special Agent Tim Kurkham to Mr. al-Marrri (translation forthcoming) |
| **78.** | Memorandum Regarding Vacation of Special Administrative Measures (July 7, 2009) |
| **79.** | Notes of Major Deborah Sirratt (August through June 2007) |