# EXHIBIT 1

# UNITED STATES DEPARTMENT OF JUSTICE
# NATIONAL SECURITY DIVISION



IMPORTANT: This facsimile is intended only for the use of the individual or entity to which it's addressed. It may contain information that is privileged, confidential, or otherwise protected from disclosure under applicable law. If the reader of this transmission is not the intended recipient or the employee or agent responsible for delivering the transmission to the intended recipient, you are hereby notified that any dissemination, distribution, copying or use of this transmission or its contents is strictly prohibited. If you have received this transmission in error, please notify us by telephoning and returning the original transmission to us at the address given below.

**TO:**   Larry Lustberg
  **Phone:**   973-596-4500
  **Fax:**   973-639-6285

**FROM:**   Joanna Baltes
  **Phone:**   202-307-6326
  **Fax:**   202-307-0224

**DATE:**   September 11, 2009
**SUBJECT:**   <u>U.S. v. Al-Marri</u> 09-CR 10030
**NUMBER OF PAGES (INCLUDING COVER):**   7
**MESSAGE:**   Larry,

I am faxing these first and will follow up with a FED EX with bates stamped copies.



U.S. Department of Justice

National Security Division

---

*Counterterrorism Section*　　　　　　　　　　　　　　*Washington, D.C. 20530*

September 11, 2009

**Via Fax 973-639-6285**

Lawrence S. Lustberg, Esq.
Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310

　　Re:　*United States v. Al-Marri*, No.09CR 10030

Larry,

　　Please find attached additional summaries regarding the DIA interrogations of your client. The attached documents are summaries of classified documents that have been approved by the Court as satisfying the government's discovery obligations. Although they are unclassified, they are provided in this case for official use only and therefore are marked accordingly.

　　Please do not hesitate to contact me if you have any questions about the government's position on your request for discovery.

　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　**REDACTED** / **REDACTED**

　　　　　　　　　　　　　　　　　　　　Joanna Baltes
　　　　　　　　　　　　　　　　　　　　Trial Attorney

cc:　　David Risley, Esq.
　　　　Andrew J. Savage III, Esq.
　　　　L. Lee Smith, Esq.
　　　　Mark A. Berman, Esq.

1

UNCLASSIFIED//FOUO

On 11 March 2004, in response to Al-Marri's continuous chanting in Arabic, the lead interrogator wrapped duct tape over Al-Marri's mouth on three occasions. The tape did not appear to stick well to Al-Marri's skin, beard, or hair. The taping proved ineffective in stopping the chanting and Al-Marri remained taped, initially for about a minute, then 5 minutes, and later 15 minutes. On the last occasion, cotton or cloth was used with 4 to 5 layers of duct tape, but not inserted in his mouth. Al-Marri had no difficulty breathing and did not appear to gag, except for a brief moment at the end when he was removing the duct tape from covering his mouth. During this session, other physical contact between the interrogators and Al-Marri included patting Al-Marri's face with both hands, turning Al-Marri's face to look at pictures of his family on the wall, pressing two fingers up under Al-Marri's chin, placing hands on his shoulders, rubbing his shoulders, and sitting on his lap. The interrogators acted in this manner in an effort to get him to stop chanting and listen to what they were saying. Al-Marri nevertheless continued to chant from the Koran. On several occasions, in response to chanting by Al-Marri, the interrogators yelled loudly close to Al-Marri's face. On a few occasions, Al-Marri smiled as he responded, with comments like, "I don't care", "Thank you", or just laughter. During this interrogation session, Al-Marri was seated in a chair. His wrists and ankles were shackled.

UNCLASSIFIED//FOUO