# EXHIBIT 2

UNCLASSIFIED//FOUO

The following information summarizes the length and duration of Al-Marri's interrogation sessions.

Al-Marri was interrogated on 37 days from September 2003 through July 2004. With the exception of two conversations which occurred in his cell, all of the interrogations were video recorded in an interrogation room. Some of the sessions were extraordinarily brief lasting just minutes and other sessions lasted for hours. Retained recordings have session lengths varying from 38 minutes to just under nine hours. (During the almost nine hour session, there was a two and one-half hour break and another short break.) During long sessions, Al-Marri was offered and took meal and prayer breaks. There was a session at least once a month typically with sessions on consecutive days but there was never more than five consecutive days of interrogation. There was a ten day period where there were nine interrogation sessions.

With the exception of the use of the duct tape described in a separate memorandum, the interrogators followed interrogation procedures consistent with the Army Field Manual. No enhanced or extraordinary interrogation techniques were employed. There was no use of sleep deprivation or stress positions. Interrogation sessions were conducted in a humane fashion.

UNCLASSIFIED//FOUO