# EXHIBIT 3

U/FOUO

In a document dated 14 September 2003, the following events were noted for the interrogation session on 12 September 2003:

052 was provided an explanation of his status; how to bring about a change in the quality of life at the Brig and resolution to his status by cooperating. From the onset of the session, 052 attempted to engage the interrogator. When asked if he understood what he was told, 052 first asked where was his lawyer and does he get due process. When told no to both, 052 stated said that he expected to go before some form of an official hearing to determine his status—if not a civil court, then a "Courts Martial" (Military Tribunal). Then he asked for a clarification of what choices he has. When told again about cooperation and why he is an Enemy Combatant, 052 replied that: "I was not associated with these people and I will stick with this story". The session ended at this point.

During the next interrogation session on 13 September 2003, the following events were noted:

The interrogator informed 052 that he will not have a proceeding, that in fact he already had one--being declared an EC; that he is an EC because he was, in fact, Al Qaida ; and cooperation is his only hope of changing his situation and status.

U/FOUO