AO 187 (Rev. 4/82)   EXHIBIT AND WITNESS LIST

| | | | | |
|---|---|---|---|---|
| USA | vs. | ALI SALEH KAHLAH AL-MARRI | DISTRICT COURT | CDIL |
| PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY | | DOCKET NUMBER | 09-10030 |
| DAVID RISLEY | ANDREW SAVAGE | | | |
| JOANNA BALTES | LAWRENCE LUSTBERG | | TRIAL DATE(S) | 10/28/09 – 10/29/09 |
| | LEE SMITH | | | |
| PRESIDING JUDGE | COURT REPORTER | | COURTROOM DEPUTY | |
| MICHAEL M. MIHM | K.H. | | K. BURNS / T. KELCH | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 10/29/09 | 10/29 | 10/29/09 | Sandy Seymour |
| | 101 | | | | photo of Brig - Charleston, S.C. |
| | 132 | | | | photo of cell (Detainee) |
| | 119 | | | | photo of cell (Standard) |
| | 124001 | | | | logs |
| | 132001 | | | | photos |
| | 133001 | | | | |
| | 134001 | | | | photo of video |
| | 135001 | | | | log entry |
| | 136001 | | | | log entry |
| | 137001 | | | | log entry |
| | 138001 | | | | log entry |
| | 2001 | | | | log entry |
| | 123001 | | | | interview room |
| | 03001 | | | | log entry |
| | 04001 | | | | pressdown log entry |
| | 05001 | | | | " " " |
| | 006001 | | | | instructions to Brig staff |
| | 007000 | | | | log entry |
| | 008001 | | | | " " |
| | 009001 | | | | 10/23/03 log entry |
| | | | | | video of windows - covered & uncovered |
| | 10001 | | | | 10/25/03 log entry |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**EXHIBIT AND WITNESS LIST — CONTINUATION**

AO 187A (4/82)

USA vs. AL-MARRI    DOCKET NO. 09-10030

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 11001 | 10/29/09 | 10/29 | 10/29/09 | 10/28/03 log entry          Sandy Seymour - cont. |
| | 13001 | | | | log entry 12/8/03 |
| | 14001 | | | | 12/9/03 log entry |
| | 14002 | | | | 12/9/03 log entry |
| | 140001 | | | | 12/18/03 log entry |
| | 019001 | | | | 12/18/03 log entry |
| | 018001 | | | | "          " |
| | 0182001 | | | | "          " |
| | 020001 | | | | 12/19/03    " |
| | 022001 | | | | |
| | 023001 | | | | 12/23/03 |
| | 025001 | | | | 1/9/03 (042) |
| | 027001 | | | | |
| | 028001 | | | | 1/10/04 |
| | 028002 | | | | |
| | 029001 | | | | 1/11/04 |
| | 1030 | | | | video |
| | 030001 | | | | 1/11/04 log entry |
| | 032001 | | | | 1/12/04  "    " |
| | 033001 | | | | 1/14/04  "    " |
| | 034001 | | | | 1/14/04  "    " |
| | 035001 | | | | 1/14/04  "    " |
| | 036001 | | | | "          " |
| | 037001 | | | | "      "   1/15/04 |
| | 038001 | | | | "      "   " |
| | 039000 | ↓ | ↓ | ↓ | "      "   1/16/04 |

AO 187A (4/82)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. AL-MARRI

DOCKET NO. 09-10030

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | 039001 | 10/29/09 | 10/29 | 10/29/09 | 1/16/04   log entry   Sandy Seymour - cont |
| | 042000 | | | | 1/17/04   " |
| | 042001 | | | | "         " |
| | 041001 | | | | "         " |
| | 043001 | | | | 1/18/04   " |
| | 044001 | | | | 1/20/04   " |
| | 045001 | | | | 2/23/04   " |
| | 047001 | | | | 2/23/04   " |
| | 047002 | | | | 2/24/04   " |
| | 048001 | | | | 2/28/04   " |
| | 049001 | | | | 3/8/04    " |
| | 051001 | | | | 3/9/04    " |
| | 052001 | | | | 3/10/04   " |
| | 052002 | | | | 3/10/04   " |
| | 054001 | | | | 3/10/04   " |
| | 055001 | | | | 3/11/04   " |
| | 056001 | | | | 3/11/04   " |
| | 058001 | | | | 3/11/04   " |
| | 059001 | | | | 3/12/04   " |
| | 060001 | | | | 3/12/04   " |
| | 060002 | | | | 3/14/04   " |
| | 061001 | | | | 3/14/04   " |
| | 062001 | | | | 3/15/04   " |
| | 063001 | | | | 3/18/04   " |
| | 065001 | | | | 4/12/04   " |
| | 066001 | ✓ | ✓ | ✓ | 4/13/04   " |

AO 187A (Rev. 7/87)

**EXHIBIT AND WITNESS LIST — CONTINUATION**

USA vs. Al-Marri     CASE NO. 09-10030

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 067001 | | 10/29/09 | 10/29 | 10/29/09 | 4/16/04 log entry    Sandy Seymour - cont'd |
| 068001 | | | | | " " |
| 069001 | | | | | 4/24/04 " |
| | | | | | video 5/2/04 (Al-Marri) cut |
| 073001 | | | | | 5/13/04 log entry |
| 76 | | | | | video 5/29/04 Al-Marri in cell |
| 77 | | | | | video " |
| 78 | | | | | video 6/1/04 " |
| 082001 | | | | | 6/14/04 log entry |
| 083001 | | | | | 6/21/04 " " |
| 085 | | | | | video 6/30/04 |
| 086001 | | | | | 7/2/04 log entry |
| 087001 | | | | | 7/7/04 " " |
| 088001 | | | | | 7/19/04 " " |
| 089001 | | | | | 8/1/04 " " |
| | 1 | | | | Suicide Blanket (demonstrative exh.) |
| 091001 | | | | | 8/11/04 log entry |
| 092001 | | | | | 8/25/04 " " |
| 094001 | | | | | 9/15/04 " " |
| 096001 | | | | | 9/23/04 " " |
| 098002 | | | | | 10/1/04 " " |
| 100002001 | | | | | " " " |
| 101001 | | | | | photo of visitor's book at Brig. |
| 127001 | | | | | photo |
| 126000 | | | | | |

AO 187A (Rev. 7/87)                    EXHIBIT AND WITNESS LIST — CONTINUATION

USA vs. AL-MARRI          CASE NO. 09-10030

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
|  | 128 | 10/29/09 | 10/29 | 10/29/09 | Regulation/Policy — Sandy Seaman - cont. |
|  | 126005 |  |  |  | Regulation |
|  | 126004 |  |  |  | Regulation paper |
|  | 102C |  |  |  | video 2005 |
|  | 103C |  |  |  | video Al-Marri discussing back pain |
|  | 103A |  |  |  | video conditions Winter 2005 |
|  | 103E |  |  |  | video - fan noise |
|  | 142 | ↓ | ↓ | ↓ | letter |
|  |  |  |  |  | video 12/07 Dental area at Brig |
|  |  |  |  |  | John Pucciarelli |
|  | 80 | 10/29/09 | 10/29 | 10/29 | Letter from Pucciarelli to Al-Marri |
|  |  |  |  |  | Debra Swiatt |
| NO OBJ | 6 | 10/28 | 10/28 | 10/28 | 6/25/07 Report |
|  | 7 | Not offered |  |  | Copy of Amman Declaration |
|  | 2 | ↓ | ↓ | ↓ |  |
|  | 4 |  |  |  |  |
|  | 8 |  |  |  |  |
|  | 13 | ↓ | ↓ | ↓ |  |

for R: All Paper Exh's are now known as Exh "A". (Group)
All Videos are on DVD Now known as Exh "B".